## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| RANDALL HARRISON, individually and on behalf of all others similarly situated, | Case No. |
| Plaintiff, | **CLASS ACTION COMPLAINT** |
|  | **JURY TRIAL DEMANDED** |
| v. |  |
| WHIRLPOOL CORPORATION, |  |
| Defendant. |  |

Plaintiff Randall Harrison ("Plaintiff"), individually and on behalf of all others similarly situated, brings this action against Defendant Whirlpool Corporation ("Defendant") and alleges as follows based on personal knowledge as to his own acts and on investigation conducted by counsel as to all other allegations:

## PARTIES

1.  Plaintiff Randall Harrison is a citizen and resident of South Carolina. Plaintiff purchased a Whirlpool Side-by-Side Refrigerator, model number WRS315SDHZ08, on July 1, 2022, in Charleston, South Carolina at Lowe's.

2.  Approximately one month after Plaintiff Randall Harrison purchased his Whirlpool Refrigerator, the appliance developed ice buildup that caused his appliance to stop cooling. A repair technician attempted to service Plaintiff Randall Harrison's appliance approximately three to four times. In order to defrost the ice,

the repair technician unplugged the appliance and used a blow dryer to heat and defrost the built-up ice within the appliance. After this issue persisted, Plaintiff Randall Harrison ultimately stopped calling the repair technician to service the appliance. Instead, since the issue continues to persist, Plaintiff himself unplugs the appliance approximately once a month and uses a hair dryer to defrost the built-up ice. Each time the appliance develops ice buildup, Plaintiff incurs approximately $125 worth of perished groceries. Further, during the period of time Plaintiff was getting his appliance serviced by a technician, Plaintiff was without a working appliance for a total of approximately five weeks while he had to wait for an appointment with the technician.

3.    Defendant Whirlpool Corporation is a Delaware corporation with its principal place of business in Benton Harbor, Michigan.

## JURISDICTION AND VENUE

4.    This Court has subject-matter jurisdiction pursuant to the Class Action Fairness Act, 28 U.S.C. § 1332(d) because (1) the matter in controversy exceeds the sum or value of $5,000,000, exclusive of interest and costs, (2) the action is a class action, (3) there are members of the proposed Class who are diverse from Defendant, and (4) there are more than 100 proposed Class members.

5.    This Court has general personal jurisdiction over Defendant because Defendant is incorporated in this state.

6.    Venue is proper in this district pursuant to 28 U.S.C. § 1391(b)(1) because Defendant is incorporated in this district.

## FACTUAL ALLEGATIONS

### I. The Defect

7.    Defendant designs, manufactures, and sells consumer appliances throughout the United States, including certain refrigerators purchased by Plaintiff and Class members that suffer from a defect whereby the "adaptive defrost" program cycle within the refrigerator does not run long enough and does not defrost enough, which causes ice to build up within the appliances ("Refrigerators"). This buildup of ice prevents the Refrigerators from properly cooling ("Defect").

8.    This defect is confirmed via a Technical Service Pointer released on December of 2022. Technical Service Pointer attached hereto as Exhibit A. Despite this, the Defendant continued to sell the appliances with the Defect to consumers, such as Plaintiff.

9.    The Refrigerators include, but are not limited to, model numbers: WRS311SDHB08; WRS312SNHM06; WRS315SDHM09; WRS315SNHM06; WRS311SDHM09; WRS312SNHB05; WRS315SDHT09; WRS315SNHB06; WRS311SDHT08; WRS312SNHW05; WRS315SDHZ0A; WRS315SNHW06; MSS25N4MKZ04; ASI2175GRB07; ASI2175GRB08; ASI2575GRB09;

ASI2175GRS07;    ASI2175GRS08;    ASI2575GRS09;    ASI2175GRW07;

ASI2175GRW08; and ASI2575GRW09.

10.    The Defect is inherent in the Refrigerators and was present at the time

of sale.

11.    Numerous complaints to online forums detail purchasers' experiences

with the Defect.[1]

12.    Due to the hidden nature of the Defect, purchasers could not have

identified it in the Refrigerators prior to purchase.

13.    The Defect is material because it was not disclosed to purchasers and it

substantially diminishes the value of the Refrigerators.

14.    Had Plaintiff or Class members known about the Defect, they would

have not purchased the Refrigerators or would have paid substantially less.

## II.  Defendant's Warranty and Representations

15.    Defendant represents that the Refrigerators are reliable, including the

defrost program cycle and the defrost feature[2]:

> Both  the  refrigerator  and  freezer  sections  defrost
> automatically.

---

[1] *See e.g.* https://www.whirlpool.com/kitchen/refrigeration/refrigerators/side-by-side/p.36-inch-wide-side-by-side-refrigerator-25-cu.-ft.wrs325sdhz.html

[2] chrome-extension://efaidnbmnnnibpcajpcglclefindmkaj/https://www.whirlpool.com/content/dam/global/documents/202302/owners-manual-w11650257-revA.pdf

16.    Defendant expressly grants a one-year warranty of the Refrigerators for defects in materials or workmanship under normal home use.[3]

17.    Defendant impliedly warrants the merchantability of the Refrigerators.

18.    Plaintiff and Class members reasonably understood the express and implied warranties to warrant against the Defect.

19.    Defendant has not offered or provided an effective and lasting remedy for the Defect pursuant to the express or implied warranties.

20.    Defendant has breached the express and implied warranties by refusing to remedy the Defect or compensate Plaintiff or Class members pursuant to the warranties.

21.    The attempted remedies offered or provided by Defendant pursuant to the express and implied warranties have failed of their essential purposes because they are not effective and lasting remedies.

22.    Plaintiff and Class members are entitled to a remedy that is not restricted by the terms of the express and implied warranties.

23.    Any limitation or exclusion of damages under the express and implied warranties is unconscionable and unenforceable because operation of the limitation

---

[3] chrome-extension://efaidnbmnnnibpcajpcglclefindmkaj/https://www.whirlpool.com/content/dam/global/documents/202303/warranty-w11655299-revA.pdf

or exclusion would deny Plaintiff and Class members an effective remedy and would be grossly unfair and unforeseeable.

### III. Defendant's Knowledge, Concealment, Omissions, and Misrepresentations About the Defect

24.    Defendant performed extensive pre-sale testing of the Refrigerators, including stress and endurance testing, during which they discovered or should have discovered the Defect.

25.    Defendant obtained numerous pre-release reviews of the Refrigerators before they entered the market, from which they discovered or should have discovered the Defect.

26.    Defendant actively monitors reviews[4] and complaints made by consumers to its own website, from which it discovered or should have discovered the Defect. For reference, many such reviews beginning as long as five years ago can be found below.

27.    Defendant also actively monitors reviews and complaints made on websites of Defendant's partnered retailers such as Lowes,[5] Home Depot,[6] Best

---

[4]  *See e.g.* https://www.whirlpool.com/kitchen/refrigeration/refrigerators/side-by-side/p.36-inch-wide-side-by-side-refrigerator-25-cu.-ft.wrs325sdhz.html

[5]  *See e.g.* https://www.lowes.com/pd/Whirlpool-24-6-cu-ft-Side-by-Side-Refrigerator-with-Ice-Maker-Fingerprint-Resistant-Stainless-Steel/1000422565

[6]  *See e.g.* https://www.homedepot.com/p/Whirlpool-24-6-cu-ft-Side-by-Side-Refrigerator-in-Monochromatic-Stainless-Steel-WRS315SDHM/305561015

Buy[7] and Costco[8]. For reference, many such reviews starting as early as five years ago can be found below.

### a.    Complaints and Reviews left on Defendant's own Website:



---

[7]    *See    e.g.*    https://www.bestbuy.com/site/whirlpool-24-6-cu-ft-side-by-side-refrigerator/6354264.p?skuId=6354264

[8]    *See e.g.*    https://www.costco.com/whirlpool-21-cu.-ft.-side-by-side-refrigerator-with-exterior-ice-and-water-dispenser.product.100425948.html?preselect=color%3astainless+steel

 · 10 months ago        🛒 Incentivized Review

**Nice Fridge, however, we had major issues**

Nice compact fridge and basically the same model as we were replacing. Good features and internal quality. However, it never worked right. Required three service visits in two months and it still would not cool or make ice. The freezer just continued to ice up. Apparently there were service bulletins on known problems listed from manufacturer. We finally had to call the place we bought it from and get a full refund. First time we have ever had a fridge just not work. Hopefully it was just a lemon and not reflective of Whirlpool going forward.

I received a sweepstakes entry for this review.  Yes

Recommends this product  X No

 · 11 months ago

**Never worked & TERRIBLE CUSTOMER SERVICE**

I bought this at the end of June 2022 and installed it into a rental. Tenant moved in in July and although it was cool, it wasn't cold and butter would melt in the fridge and food wouldn't freeze in the freezer. Called Whirlpool and they sent out the repair tech. on 7/25. He said it was the freezer board. That took weeks to get in, as there were none available. That was fitted 8/29! but didn't resolve the issue. Repair tech vent back out 9/13 and this time said it was the defrost thermostat - I called them back 9/23 to get a status updates and there are no parts in the nation apparently! I called Whirlpool 9/28 (33min wait time and 30 mins on the phone) and demanded a replacement, but they said that if it is deemed to be repairable, they need to fix it and cannot replace it. 3 months without an appliance that will not perform it's primary function. RIDICULOUS. They will offer apology after apology, but no replacement. DO NOT PURCHASE!!!!

Recommends this product  X No

 · a year ago        🛒 Incentivized Review

**Defective Refrigerator and Poor Customer Service**

I bought this refrigerator a month ago and I am very unhappy that I did. I've had items of food that I had to throw out because they spoiled since the refrigerator will not stay cold on the freezer or the refrigerator side. I've had to defrost this refrigerator twice. There's a tremendous amount of ice buildup on the freezer side. I have poured over the customer product manual I've watched YouTube videos about a Whirlpool refrigerator and I've called your customer service. It was a recording I pressed the button for a return call and I never received it. Now I've had to pay $125 to have a service technician to come out to my house on August the 18th between 1:00 and 5:00 p.m., to see what the problem is. I would not buy a Whirlpool refrigerator again...this is ridiculous!

I received a sweepstakes entry for this review.  Yes

Recommends this product  X No

 · a year ago        🛒 Incentivized Review

**Haven't have the refrigerator for 2weeks**

I just moved in my house and I haven't had my refrigerator for no more than 2 weeks and it already has to be serviced because it froze up and it spoiled all my food in the refrigerator and freezer, it took over 3 weeks for me to get the part in and the person who is fixing the refrigerator said this is a know issue with this whirlpool refrigerator. I have children under the age of 2 and didn't have have cold food or milk for over 3 weeks … still waiting on part

I received a sweepstakes entry for this review.  Yes

Recommends this product  X No

Helpful?  Yes · 1   No · 0   Report

 · 5 years ago                                          🎁 Incentivized Review

**Very Disappointed**

Our refrigerator is only 5 months old and does not stay cold enough to have perishable food in it. We have been using an ice chest for 2 weeks while trying to get a diagnosis and solution to fix the product. The refrigerator/freezer is on max cold setting and only keeping the air temperature at 45 to 50+ degrees, the pocket thermometer in water is at 48 to 60 degrees throughout the day. Extremely frustrated at the length of time it is taking to get service on the product and the communication between appliance repair company that contracts with Whirlpool and Whirlpool during warranty period. There is a serious issue with the product and how it cools food. Even when it was cooling food it had to be on the coldest setting to get the job done so there is no leeway to make adjustment in temperature. A guessing game as to what parts to replace, if they don't work we are waiting again and without a refrigerator even longer.

I received a sweepstakes entry for this review.   Yes

Recommends this product   X No

 · 4 years ago

**Worst fridge ever! Last less than 2 years!**

THIS FRIDGE LAST LESS THAN 2 YEARS! The freezer doesn't defrost anymore, thus the ice build-up block the flow of cold air from the freezer to the fridge. My technician detected nothing wrong with the heat element. He guessed it might be the main circuit, but it's no guarantee it will fix it. And the main switch cost more than $400, with tax and labor it's almost half of the price I paid for it. It left me no choice but to buy a new one.

I understand that appliances built these days won't last as long as those build 10-15 years ago. But one that last less than 2 years from Whirlpool is a huge disappointment!

DON'T BUY!

Recommends this product   X No

 · 11 months ago                                        🎁 Incentivized Review

**Fridge has not worked**

We ordered our fridge through the Brick in January and only received it in July. 2 weeks after receiving the fridge it quit cooling. It is now September and our fridge still does not work. We have had a whirlpool technician come out 3 times and replaced multiple parts to no avail so far. We are fed up and just want a working fridge. A $250 gift card would be welcome after what we have gone through.

I received a sweepstakes entry for this review.   Yes

Recommends this product   X No

⭐ · a year ago

**Worst refrogerator ever!**

I bought on May 2nd and received it on May 18th. By June 2nd it started to have problems. The fridge was not cooling properly and we noticed the freezer was frozen. We call customer services and a technician came but he only recommended to disconnect for few hours. That helped a little but the problem returned. I call again and another technician came and replace a part. It worked for two weeks and then again got frozen. I have lost tones of food. I disconnect it now for two days and I'm connecting again. I'm returning it but now I don't know which one to buy. It seems that model is not the only one that have the same problem. We are finishing with the food we were able to save and will be buying daily until it's picked up. Very disappointed with Whirlpool. My old one was falling apart inside but no problem with refrigerating.

Recommends this product   X No



★☆☆☆☆ · 4 months ago

**Awful!!!!**

☆ Incentivized Review

Less than a month old... freezer compartment frost accumulation!!!! Ice machine struggles dispensing ice

I received a sweepstakes entry for this review.  Yes

Recommends this product  ✗ No

★☆☆☆☆ · 10 days ago

**HORRIBLE - DONT DO IT**

I purchased this model 1 year and 1 month ago and around the 10-month mark, the freezer started over frosting. Had a service call yesterday and was told by the repairment that the entire defrosting system would have to be replaced because THIS IS A FAULTY MODEL. Refrigerator cost me $1100, repair is $750. To add insult to injury, it just so happens that this particular KNOWN issue is not covered under my warranty. Needless to say I will no longer do business with WhirlPool and I am definitely spreading the word.

Helpful?  Yes · 0   No · 0   Report

★☆☆☆☆ · 2 months ago

**Not working**

☆ Incentivized Review

Have had a new thermistor and controller installed and still cannot maintain cold temps.
Will be contacting Customer Support.
Have had to throw food out.

I received a sweepstakes entry for this review.  Yes

Recommends this product  ✗ No

**b.    Complaints and Review left on Partnered Retailer Lowes' Website:**

**Auto Defrost Nightmare**

★☆☆☆☆  ✗ Would Not Recommend

Auto Defrost has not worked since unit was purchased three months ago. Because the freezer side fails to defrost (which should occur daily), there is no proper airflow in unit, and the fridge side temp eventually moves up to 60+ degrees. This isn't what we had in mind for a $1350 refrigerator in 2023. Four warranty visits so far from Whirlpool's Certified local Technician (including installation of a new controller) and the issue remains unresolved. We're hopeful that Whirlpool finally admits this one is beyond repair and offers a replacement because we will never have confidence in the "Sometimes-Cold Big White Whirlpool Box" currently taking up space in our kitchen. As you make your purchase decision, please consider that you may be seeing a lot of the local Certified Technician if you go with this model.

**Frosty**

April 12, 2023

From 24.5-cu ft Side-by-Side Refrigerator with Ice Maker (White)

**DONT BUY!**

★☆☆☆☆    ✕ Would Not Recommend

DO NOT BUY WHIRLPOOL!!!! I purchased a brand new Whirlpool 36" side by side refrigerator on 10/17/2021. The refrigerator main engine/condenser/cooling unit died after 6 months, No replacement parts are available. Whirlpool service absolutely sucks. I've been without a refrigerator for 7 weeks now with no resolution. I bet their management doesn't even buy their own products. Try going 7 weeks without a fridge with a family of 5! No help to get this replaced. This is completely unacceptable. I will never buy another whirlpool appliance again as I am extremely disappointed and frustrated with the lack of service & timely problem resolution with a paying customer. (I spent over $1,800.00), and they dont seem to care.

**steve**
March 30, 2022

**Lemon!!!**

★☆☆☆☆    ✕ Would Not Recommend

Long story as short as I can be...purchased in September of 2018. It is now 8 months old and we have had it serviced by Whirlpool factory technicians 4 times during this 8 months. Once they told us we don't know how to store food in our freezer and we can't pile up our freezer with food??? What, what is it used for then? They have replaced the thermistor twice and now they just ordered a new motherboard for the main control panel which they say controls all of the other hardware and functions, ie. defroster and freezer/refrigerator temperature control. Lost food and lost time at work plus their service visits= $$$$$$$$$$$. Smh, is that enough dollar signs for you? Look elsewhere is you want a reliable refrigerator from a manufacturer that will stand behind their products. We have asked for a replacement refrigerator since this one seems like a lemon. In all honesty though we don't want a Whirlpool anymore. We though it was a brand you could trust but have been nothing but disappointed and aggravated by it.

**DisappointedHomeowner**
May 7, 2019

From 24.5-cu ft Side-by-Side
Refrigerator with Ice Maker (Black)

 Sweepstakes Entry

**Received a defective Whirlpool refrigerator!**

★☆☆☆☆    ✕ Would Not Recommend

I have received a defective refrigerator. The ice maker stop working on the second day, the cooler on 3rd level setting (default) does not keep the food and beverages cooled. Occasionally, the refrigerator will make loud noises. I am still waiting for a replacement refrigerator from Lowe's, it has been 3 days. No one has contacted me yet! I somewhat regret making this purchase.

**KL**
June 14, 2018

👍 (18)    👎 (3)    🚩 Report

**What a nightmare**

★☆☆☆☆    ✕ Would Not Recommend

Within 2 weeks of delivery, the refrigerator started to get 'warm'. Called Whirlpool, technician came out 3 days later. Was told the frig was assembled wrong, the cold line was reversed with the hot line (don't ask), and that he might be able to fix it. The problem was that the freezer would freeze up, shutting down the refrigerator side. If his repair didn't work, he would come back and install new parts. It didn't work, he came back, and had the wrong parts. Repairman came back a week later with the correct part, put it in, and 2 weeks later the refrigerator started warming again! A week later he was back and completely rebuilt the wiring. 6 months later all is good (so far).

    —  Read Less

👍 (1)  |  👎 (0)  |  💬 (1)  |  🚩 Report

**Chuck**

January 4, 2020

☑  Sweepstakes Entry

 

c.    **Complaints and Reviews left on Partnered Retailer BestBuy's Website:**



★☆☆☆☆ **Pretty bad**

✓ **Verified Purchase** | Posted 1 month ago. Owned for 3 weeks when reviewed.
This reviewer received promo considerations or sweepstakes entry for writing a review.

Lost about 250$ worth of food. Constant dripping from water. Back freezer has frozen over twice in a week. It decided it also will stop working and it now just and very expensive box. Don't recommend.



✕  No, I would not recommend this to a friend

⭐☆☆☆☆ **Warranty only helps the manufacturer!**

✓ **Verified Purchase** | Posted 7 months ago. Owned for 1 year when reviewed.
This reviewer received promo considerations or sweepstakes entry for writing a review.

I purchased this refrigerator in August of 2021. In December 2022, I had to pay almost $300 to have the refrigerator repaired, as it stopped cooling. I found that the self defrost feature had malfunctioned. I have attached a picture, that the repairman sent to me, of the frozen coils that had to be defrosted.

I can't believe that I paid this much money for what appears to be a pretty nice fridge, only to have to repair it at 3 months over the expiration of the "Limited One Year" warranty! Per the manufacturer's own website "Your Whirlpool® appliances are built to last, but since life happens, appliances are typically covered with a limited warranty for some peace of mind.", so, apparently, they want you to have at least a little "peace of mind", but they also don't want to be on the hook for all of the repairs that will probably need to be made! I won't buy another Whirlpool appliance, and would highly recommend to anyone against purchasing a Whirlpool refrigerator.



✕ No, I would not recommend this to a friend

Helpful (0)  |  Unhelpful (0)  |  Report  |  Comment

---

⭐☆☆☆☆ **After 2 years died! RIP!**

✓ **Verified Purchase** | Posted 2 weeks ago. Owned for more than 2 years when reviewed.
This reviewer received promo considerations or sweepstakes entry for writing a review.

Do not buy!!!!! After two years broke down first the ice maker and then a couple months later the compressor. I should have went with another brand but since whirlpool is so well known like my old school backup in garage alive and kicking for like a decade. Samsung or LG next I guess?

✕ No, I would not recommend this to a friend

Helpful (0)  |  Unhelpful (0)  |  Report  |  Comment

---

⭐☆☆☆☆ **Don't waste your money**

✓ **Verified Purchase** | Posted 1 month ago. Owned for 1.5 years when reviewed.
This reviewer received promo considerations or sweepstakes entry for writing a review.

Bought this fridge brand new and it didn't even last 2 years. The sensors are freezing over the coils so in turn, the fridge is not cooling. Sensors have been changed and it is still not working. The computer is the only thing left to replace for this issue and it is back ordered for over a year now so I am just stuck with this issue. Never again will I purchase a whirlpool fridge.

✕ No, I would not recommend this to a friend

Helpful (0)  |  Unhelpful (0)  |  Report  |  Comment

---

⭐☆☆☆☆ **bought an untested lemon**

✓ **Verified Purchase** | Posted 3 months ago. Owned for 1 week when reviewed.
This reviewer received promo considerations or sweepstakes entry for writing a review.

purchased open box, found out why it was open box after doing all the legwork to get it home, water doesnt dispense, ice maker doesnt even try to make ice, light on the dispenser is always one doesnt turn off, freezer light doesnt work, freezer get cold but not freezing. acts like door is open but its not.

✕ No, I would not recommend this to a friend

Helpful (0)  |  Unhelpful (0)  |  Report  |  Comment

13

⭐✩✩✩✩ **Whirlpool**

✓ **Verified Purchase** | Posted 1 year ago. Owned for 3 weeks when reviewed.
This reviewer received promo considerations or sweepstakes entry for writing a review.

Bought refrigerator at Best Buy and after used for 2 weeks, there is a problem with the Defrost and Control cooling system. Very disappointed 😞



✕  No, I would not recommend this to a friend

[ Helpful (2) ]  [ Unhelpful (0) ]  | Report

⭐✩✩✩✩ **Garbage Product, Garbage Support**

✓ **Verified Purchase** | Posted 10 months ago. Owned for 11 months when reviewed.
This reviewer received promo considerations or sweepstakes entry for writing a review.

Worked for 9 months. Then stopped cooling. Technician came and reset the computer. It worked again for a few weeks, then stopped cooling again. Service Technician said there is a known issue with this model. He ordered a replacement part. Six weeks later he showed up with a USED replacement part that Whirlpool had sent to his service company. The part was reboxed, dirty and smelled burnt. The Technician didn't even bother installing it because in his professional opinion that part was broken.
So after three different service calls I'm still without a working refrigerator, even though it's still under warranty as of this writing.
Just say "no" to Whirlpool.

✕  No, I would not recommend this to a friend

[ Helpful (0) ]  [ Unhelpful (0) ]  | Report

⭐✩✩✩✩ **Freezer didn't cool to freezing point**

✓ **Verified Purchase** | Posted 2 years ago. Owned for 1 week when reviewed.
This reviewer received promo considerations or sweepstakes entry for writing a review.

Freezer didn't work properly. Exchanged it thinking it was just a bad unit. Second one had same problem, so clearly there is an issue with this unit reaching/maintaining the factory setting of 0 degrees at the mid setting. Off by over 20 degrees. Returned and got a GE that could be set for an actual temperature. I would strongly recommend not getting this whirlpool.

✕  No, I would not recommend this to a friend

⭐✩✩✩✩ **Freezer/Fridge**

✓ **Verified Purchase** | Posted 1 year ago. Owned for 1 month when reviewed.
This reviewer received promo considerations or sweepstakes entry for writing a review.

Freezer is not working right. Won't freeze cold enough, have only had a month. Associate didn't offer us a warranty, or inform us that this is not a fridge/freezer for the garage when we told him we were specifically buying for our garage.

✕  No, I would not recommend this to a friend

[ Helpful (2) ]  [ Unhelpful (0) ]  | Report

14

### d.     Complaints and Reviews left on Partnered Retailer Costco's Website:

★☆☆☆☆ Costco3DecadeMember · a year ago

Issues within 5 months into it

Within weeks/months, compressor was getting louder but ignored since who was going to deal with the hassle of calling CSR as long as fridge was cold but then it stopped working completely. Serviceman supposedly fixed the issue, said would be working within 24 hrs after repair and waited 2-3 days, it never got cold while we stocked up groceries! It never worked, food was thrown away twice. 2nd serviceman said, we don't know when part will arrive, could take weeks or months. Uhh?!

It just doesn't work. I would never buy Whirlpool product again! Product. Product including Whirlpool service is horrible! READ other 'negative' reviews!

★☆☆☆☆ SoCal · 11 months ago                                                                                              ⊘ Verified

Very disappointing

Bought it about 1.5 month ago. Order and delivery were very smooth. Costco service was good. However, I get all the problems other reviews mentioned. The shelves material was cheap. No sliding wheels on tracks of the drawers. No digital temperature control. These are minor problems that I can accept. The noise is very loud. Louder than the small refrigerator that we put in the garage which is 12 years old. OK. I told myself just try to get used to it. However, since when, I noticed the butter in the fridge was kind of soft, the milk bottle not feeling cold. I adjusted the temperature to the coldest, not much improvement. Then, in the freezer, dumplings became kinda not as hard as stone. I adjusted the temperature to the coldest again. No help. I placed a ice tray in the freezer. After a day and night, it was still water. Dumplings became soft. Guess what, it just stopped working for whatever reason. So I started the return process. Hope the return can be smooth.

The only thing I like about it is the size and simple non-ice maker style that fit my need. But so unfortunately the quality is just so bad that I can't believe it.

★☆☆☆☆ Frank99 · a year ago                                                                                              ⊘ Verified Purchaser

Terribly Frustrated !

I purchased this Whirlpool refrigerator online, and it was delivered on May 6, 2021. A few months later, I began to notice misshapen items in the freezer section. Ice cream and popsicle would melt then refreeze. Texture of frozen foods changed and meats appeared unsafe to eat. At my report of the problem, Costco Concierge directed me to Whirlpool warranty repair. Three consecutive service appointments were made over four months but no one showed up !!! Costco told me that return or exchange was not possible but had to simply wait for warranty service. Finally at the fourth appointment on March 8, 2022, a technician came. In less than 5 minutes, he said certain controller parts had to be ordered, reiterating 'In case you don't know, there has been a crunch in the whole supply chain, just wait'. Can you imagine buying a brand new fridge that just sits there? Each time Costco simply passes my call to Whirlpool and does not follow up. Can a Costco manager or someone at Costco, has the actual authority to work with Whirlpool to provide me with a loaner unit while we continue to wait indefinitely? I am terribly frustrated!!!

★☆☆☆☆ Jenn · 11 months ago                                                                                              ⊘ Verified Purchaser

Quality is going down deeply

We bought this refrigerator 7 months ago and have had services twice. First time it consistently made loud noise. Now the fridge is not cold. All food in the freezer were soft and melting. I had to throw away everything there.

★☆☆☆☆ Tphan · a year ago                                                                                              ⊘ Verified Purchaser

The worst

My fridge stopped cooling after 2 weeks and stopped freezing after 4 weeks - the most horrible and horrific experience

★☆☆☆☆ Kathleen · 10 months ago                                                                                              ⊘ Verified Purchaser

Whirlpool 25 cu. ft. Large Side by Side

Hadn't purchased a refrigerator for 20 years! Costco's the BEST.
However this Whirlpool side-by-side failed after one day. Refrigerator was not cooling while freezer frosted in the inside. Repair guy replaced part that did absolutely nothing.
Fortunately, Costco has a return policy that is stellar. Refrigerator went back.

15

★☆☆☆☆ Jeh48 · 8 days ago
Buyer Beware

We have ALWAYS had a second Fridge/Freezer in the garage. We are career Military, so we have lived in ALL climates. Never have we ever had a fridge/freezer that wouldn't work in a garage...no matter what the outside temperature was. Costco delivered it and set it up in our garage in May so the temps were mild. As soon as winter came and temps went down to 40's or 50's, the new Whirlpool Side by Side won't hold temps in fridge or freezer. And since we had it through the summer, it went past the 90-day return option. And Whirlpool won't fix it because it is in the garage. There is nothing on the Costco site that says it can't go in a garage...and Costco DELIVERED AND SET IT UP IN OUR GARAGE! Now everyone is pointing the finger at us and saying it's our problem. I'm really disappointed with Costco and Whirlpool for taking our money and our old fridge (which was working fine, it just had a seal leaking) and kicking us to the curb with no support whatsoever. Not sure I'll ever buy another big item from Costco again.

★☆☆☆☆ Mike · 7 months ago                                                                                      ⊕ Verified Purchaser
The freezer section did not work

The freezer section did not maintain freezing temperatures. Seafood thawed, ice cream melted etc.

 GR75 · a year ago

This refrigerator is brand new and would not get cold. We are returning the product.

### e.     Complaints and Reviews left on Partnered Retailer Home Depot's Website:

★☆☆☆☆                                                                                                          Jul 26, 2023

I had the refrigerator ONE WEEK and it has issues. The freezer frosts up badly. The freezer door gasket does not seal properly. Called the manufacturer and now I need to find a repair person that will charge less than $200.00. SO NO I AM NOT THE LEAST BIT SATISFIED WITH MY PURCHASE. Horrible service and WILL NOT BUY ANY APPLIANCES FROM HOME DEPOT. Not a satisfied customer.

by ROSE ANNA

★☆☆☆☆                                                                                                          Nov 17, 2020

Poor

Ice freezes over one big mess I have the chip away ice to pull the ice bin out. Then it's start creating icicles from each shelf. Contact Whirlpool 4 different times they sent out service techs. The end result they say this is how this refrigerator operates. refrigerator is still under factor warranty But if I request another service call they will charge me $120. My money is wasted with a refrigerator in my new remodel kitchen. I would NOT advise you to BUY any not ANY of whirlpool products. I want it out my house I've wasted my money. I guess I have to surplus and start over..

by Music1955

★☆☆☆☆                                                                                                          Aug 16, 2019

I strongly discourage anyone from purchasing this refrigerator. At one time, Whirlpool made excel...

I strongly discourage anyone from purchasing this refrigerator. At one time, Whirlpool made excellent appliances but no longer. Within three week of purchase, the ice maker stopped working, spewing water all over the freezer forming icicles and leaking on the floor. The refrigerator side wasn't cooling enough, even on the coldest setting. Food quickly spoiled. Glad we knew immediately that this was a failing product.

by Michele



★☆☆☆☆                                                                                    Aug 12, 2023

**I DO NOT Recommend**

I purchased the refrigerator in 8/2022. They took it to the wrong address and would not redeliver the same day. 6/23/23 the refrigerator stopped cooling and the food in the freezer started unthawing. It all went bad had to throw away. My refrigerator wasn't repaired until 8/8/23. Due to part being on back order. Purchase the insurance from home depot cause whirlpool will not replace food nor do they honor the 21 day replacement. Also the refrigerator and freezer are very small.

by Unhappy

★☆☆☆☆                                                                                    Aug 2, 2023

**Piece of junk!**

[This review was collected as part of a promotion.] I purchased this unit for my mom in April 2023. The unit stopped cooling recently and all of the food spoiled. A lot of red tape getting to the right place that could help me. Technician is coming out in a week to service this unit. A long time to go without a refrigerator in 100 degree plus heat. Will never buy Whirlpool products again.

by Junebug056

★☆☆☆☆                                                                                    Jul 17, 2023

**Piece of garbage**

Bought this brand new. The ice maker has broken 3 times and now it is no longer cooling the freezer or the refrigerator section. Also the ice maker is not working again. Pure junk. I bought this unit in September of 2021, so less than 2 years old.

by Sterling

★☆☆☆☆                                                                                    Jun 19, 2023

**Horrible product- Freezes up every 2 weeks**

I bought this fridge 7 months ago and it freezes up every 2-3 weeks causing us to lose ridiculous amounts of food. Had service guy look at said problem and simply stated " known issue with fridge. I will see if the manager wants to fool with it." Still awaiting for response from store I bought it from, Repair Shop, & whirlpool.

by JSiggers



28.    Moreover, Defendant actively monitors, collects data, and analyzes maintenance and repairs of the Refrigerators by authorized servicers, from which it discovered or should have discovered the Defect.

29.    Defendant's knowledge of the Defect was supplemented shortly after the Refrigerators entered the market due to consumers experiencing the Defect after purchasing the Refrigerators and reporting it to Defendant, authorized servicers, or online forums.

30.    Further, Defendant's knowledge of the Defect is confirmed via a Technical Service Pointer distributed by the Defendant to authorized and prospective service companies and technicians in December of 2022. *See* Technical Service Pointer, Ex. A. This document warns technicians of the Defect and confirms that the Defect is the cause of the Refrigerators not cooling.

31.    Defendant was in a unique position to discover the Defect before the Refrigerators were sold and in fact knew of the Defect before it sold the Refrigerators to Plaintiff and Class Members.

32.    Defendant had exclusive knowledge about the Defect before selling the Refrigerators.

33.    Despite Defendant's knowledge of the Defect, Defendant continued its unfair and deceptive trade practices by denying and misrepresenting the Defect and continuing to offer the Refrigerators for sale without disclosing the Defect.

34.    Defendant actively concealed the existence of the Defect after it became known to Defendant.

35.    Defendant had a duty to disclose the existence of the Defect after it became known to Defendant but purposefully omitted its knowledge of the Defect when offering for sale and selling the Refrigerators.

36.    Defendant misrepresented to purchasers that the Refrigerators were designed and manufactured properly and performed properly after the Defect became known to Defendant.

37.    Defendant did not warn purchasers about the Defect either before or after purchasing the Refrigerators.

38.    Plaintiff and Class members did not know and could not have discovered through reasonable investigation that the Defect existed or that Defendant's representations about the Refrigerators were false, deceptive, or misleading.

39.    Plaintiff and Class members reasonably relied on Defendant's misrepresentations when choosing to purchase the Refrigerators because Defendant was in the unique position, having designed and manufactured the Refrigerators, to inform Plaintiff and Class members of any defects.

40.    The Defect is material because reasonable consumers would consider it when determining whether to purchase the Refrigerators. Plaintiff and Class members purchased the Refrigerators to cool their food, which the appliances failed to do.

41.    But for Defendant's omissions and/or misrepresentation concerning the Defect, Plaintiff and Class members would have either paid substantially less for the Refrigerators or would not have bought them at all.

19

42.     Defendant engaged in deceptive and unfair acts and practices by concealing and misrepresenting the Defect when offering for sale and selling the Refrigerators, and Plaintiff and Class members were injured as a result.

43.     On September 13, 2023, Plaintiff sent Defendant a notice letter, informing it of his intent to bring claims unless Defendant remedied its misconduct.

## CLASS ALLEGATIONS

44.     Plaintiff, individually and on behalf of all others similarly situated, brings this class action pursuant to Fed. R. Civ. P. 23.

45.     The proposed Class is defined as follows:

> **Nationwide Class:** All persons in the United States who purchased the Refrigerators.

46.     Plaintiff also intends to seek certification of a South Carolina Sub-Class consisting of:

> **South Carolina Sub-Class:** All persons in South Carolina who purchased the Refrigerators.

47.     The proposed Class excludes the following: Defendant, its affiliates, and its current and former employees, officers and directors, and the Judge assigned to this case.

48.     Plaintiff reserves the right to modify, change, or expand the definition of the proposed Class based upon discovery and further investigation.

20

49.    *Numerosity*: The proposed Class is so numerous that joinder of all members is impracticable. On information and belief, the Class includes many thousands of purchasers of refrigerators with the undisclosed Defect.  The proposed Class is ascertainable by records in Defendant's possession.

50.    *Commonality*: Questions of law or fact common to the proposed Class include, without limitation:

    a.    Whether the Refrigerators are defective;

    b.    Whether a reasonable consumer would consider the Defect to be material;

    c.    Whether Defendant knew or should have known of the Defect;

    d.    Whether Defendant failed to disclose the Defect;

    e.    Whether Defendant concealed the Defect;

    f.    Whether Defendant engaged in unfair or deceptive trade practices;

    g.    Whether Defendant breached an express warranty;

    h.    Whether Defendant breached an implied warranty;

    i.    Whether Defendant engaged in fraud; and

    j.    Whether Defendant was unjustly enriched.

51.    *Typicality*: Plaintiff's claims are typical of the claims of proposed Class members. Plaintiff and proposed Class members were injured and suffered damages in substantially the same manner, have the same claims against Defendant relating to the same course of conduct, and are entitled to relief under the same legal theories.

52.    *Adequacy*: Plaintiff will fairly and adequately protect the interests of the proposed Class and has no interests antagonistic to those of the proposed Class. Plaintiff has retained counsel experienced in the prosecution of complex class actions, including actions with issues, claims, and defenses similar to the present case.

53.    *Predominance and superiority*: Questions of law or fact common to proposed Class members predominate over any questions affecting individual members. A class action is superior to other available methods for the fair and efficient adjudication of this case because individual joinder of all members of the proposed Class is impracticable and the amount at issue for each proposed Class member would not justify the cost of litigating individual claims. Should individual proposed Class members be required to bring separate actions, this Court would be confronted with a multiplicity of lawsuits burdening the court system while also creating the risk of inconsistent rulings and contradictory judgments. In contrast to proceeding on a case-by-case basis, in which inconsistent results will magnify the delay and expense to all parties and the court system, this class action presents far fewer management difficulties while providing unitary adjudication, economies of scale and comprehensive supervision by a single court. Plaintiff is unaware of any difficulties that are likely to be encountered in the management of this action that would preclude its maintenance as a class action.

54.     Accordingly, this class action may be maintained pursuant to Fed. R. Civ. P. 23(b)(3).

55.     Defendant has acted, and refused to act, on grounds generally applicable to the proposed Class, thereby making appropriate final equitable relief with respect to the proposed Class as a whole.

**56.**     Accordingly, this class action may be maintained pursuant to Fed. R. Civ. P. 23(b)(2).

## CAUSES OF ACTION

### COUNT I
### BREACH OF EXPRESS WARRANTY
**(on behalf of the Class and alternatively on behalf of the Sub-Class)**

57.     Plaintiff hereby incorporates by reference all preceding paragraphs as though fully set forth herein.

58.     Defendant's representations and written warranty are an express warranty within the meaning of U.C.C. § 2-313.

59.     The Defect caused the Refrigerators to fail to conform to Defendant's representations that formed part of the basis of the bargain.

60.     The warranty covers the Defect and any damage proximately caused by the Defect.

61.    Defendant breached the warranty because Defendant is unwilling or unable to remedy the Defect within a reasonable time, and any attempt to remedy the Defect by Defendant has been ineffective.

62.    Defendant's breach deprived Plaintiff and Class members of the benefit of the bargain.

63.    Defendant's attempt to disclaim or limit the warranty is unconscionable and unenforceable under the circumstances here because:

    A.    Defendant knowingly sold a defective product without informing consumers about the Defect;

    B.    The time limits contained in Defendant's warranty period are unconscionable and inadequate to protect Plaintiff and members of the Class;

    C.    Plaintiff and Class Members had no meaningful choice in determining these time limitations, the terms of which unreasonably favor Defendant; and

    D.    A gross disparity in bargaining power existed between Defendant and purchasers of the Refrigerators.

64.    The essential purpose of the warranty failed because Plaintiff and Class members are unable to reasonably obtain a workable remedy pursuant to the terms of the warranty, so Plaintiff and Class members are entitled to a remedy that is not limited by the terms of the warranty. U.C.C. § 2-719(2).

65.     Plaintiff and Class members have complied with all obligations under the warranty or otherwise have been excused from performance of said obligations as a result of Defendant's conduct described herein.

66.     As a direct and proximate result of Defendant's conduct, Plaintiff and Class members have been injured and sustained damages.

## COUNT II

### COMMON LAW FRAUD BY OMISSION
**(on behalf of the Class and alternatively on behalf of the Sub-Class)**

67.     Plaintiff hereby incorporates by reference all preceding paragraphs as though fully set forth herein.

68.     Plaintiff asserts this claim on behalf of himself and the Class or, in the alternative, on behalf of the Sub-Class, against Defendant.

69.     Defendant committed fraud by failing to disclose and actively concealing, at the point of sale and otherwise, the Defect.

70.     Defendant was under a duty to Plaintiff, Class, and Sub-Class members to disclose the Defect because:

      a.     Defendant was in a superior position to know about the existence, nature, cause, and results of the Defect;

      b.     Plaintiffs and Class Members could not reasonably have been expected to learn or discover the Defect;

      c.     Defendant knew that Plaintiff and Class members could not reasonably have been expected to learn about or discover the Defect; and

      d.     Defendant made partial misleading representations about the Refrigerators.

71.    The Defect and the facts concealed by Defendant are material because a reasonable consumer would have considered them to be important in deciding whether to purchase the Refrigerators or pay a lower price.

72.    Defendant concealed or did not disclose the Defect in order to induce Plaintiff and the Class members to purchase the Refrigerators at a substantially higher price than they otherwise would have paid.

73.    Defendant's omissions were accompanied by the above-discussed affirmative representations that the Refrigerators could be reliably operated without failing.

74.    Plaintiff and Class members would not have purchased the Refrigerators if they knew of the Defect, or they would have paid substantially less.

75.    In purchasing the Refrigerators, Plaintiffs and the Class Members relied on Defendant's representations and other statements regarding the refrigerators which failed to disclose the material fact of the known Defect.  As a result of their reliance, Plaintiffs and the other Class Members have been injured in an amount to be proven at trial, including, but not limited to, their lost benefit of the bargain and overpayment at the time of purchase and/or the diminished value of their Refrigerators. Meanwhile, Defendant has sold more Refrigerators than it otherwise

could have and charged inflated prices for Refrigerators, unjustly enriching itself thereby.

76.    As a direct and proximate result of Defendant's misrepresentations and/or omissions, Plaintiff and all members of the Class have been damaged in an amount to be proven at trial.

77.    Defendant's acts and/or omissions were done wantonly, maliciously, oppressively, deliberately, with intent to defraud; in reckless disregard of the rights of Plaintiff and the Class; and to enrich itself. Defendant's misconduct warrants an assessment of punitive damages in an amount sufficient to punish Defendant and deter such conduct in the future, which amount shall be determined according to proof at trial.

## COUNT III
### FRAUD
**(on behalf of the Class and alternatively on behalf of the Sub-Class)**

78.    Plaintiff hereby incorporates by reference all preceding paragraphs as though fully set forth herein.

79.    Defendant represented to Plaintiff and Class members that the Refrigerators were reliable, merchantable, and in good repair.

80.    The Defect caused the Refrigerators to fail to conform to the performance, durability, capability, and reliability that Defendant represented and were therefore of a substantially lesser quality and value than Defendant represented.

81.    Defendant knew or should have known that the Refrigerators could not conform to their representations because of the Defect.

82.    Defendant misrepresented, concealed, and omitted material information concerning the Defect.

83.    The Defect and the facts misrepresented, concealed, and omitted by Defendant are material because a reasonable consumer would have considered them to be important in deciding whether to purchase the Refrigerators or pay a lower price.

84.    Defendant misrepresented, concealed, and omitted material information concerning the Defect in order to induce Plaintiff and Class members to purchase the Refrigerators at a substantially higher price than what they would have paid.

85.    Plaintiff and Class members reasonably and justifiably relied on Defendant's representations and advertisements when purchasing the Refrigerators.

86.    Plaintiff and Class members would not have purchased the Refrigerators if they knew of the Defect, or they would have only paid substantially less.

87.    As a direct and proximate result of Defendant's conduct, Plaintiff and Class members have been injured and sustained damages.

<u>**COUNT IV**</u>
**UNJUST ENRICHMENT**
**(on behalf of the Class or alternatively on behalf of the Sub-Class)**

88.     Plaintiff hereby incorporates by reference all preceding paragraphs as though fully set forth herein.

89.     Defendant represented to Plaintiff and Class members that the Refrigerators were reliable, merchantable, and in good repair.

90.     The Defect caused the Refrigerators to fail to conform to the performance, durability, capability, and reliability that Defendant represented and were therefore of a substantially lesser quality and value than Defendant represented.

91.     Defendant knew or should have known that the Refrigerators could not conform to their representations because of the Defect.

92.     Defendant misrepresented, concealed, and omitted material information concerning the Defect.

93.     The Defect and the facts misrepresented, concealed, and omitted by Defendant are material because a reasonable consumer would have considered them to be important in deciding whether to purchase the Refrigerators or pay a lower price.

94.     Defendant misrepresented, concealed, and omitted material information concerning the Defect in order to induce Plaintiff and Class members to

purchase the Refrigerators at a substantially higher price than what they would have paid.

95.    Plaintiff and Class members reasonably and justifiably relied on Defendant's representations and advertisements when purchasing the Refrigerators.

96.    Plaintiff and Class members would not have purchased the Refrigerators if they knew of the Defect, or they would have paid substantially less.

97.    Plaintiff and Class members conferred substantial benefits on Defendant by purchasing defective Refrigerators at a premium without receiving a product that conformed to Defendant's representations.

98.    Defendant knowingly and willingly accepted and enjoyed these benefits.

99.    Defendant's retention of these benefits would be inequitable.

100.    As a direct and proximate result of Defendant's conduct, Plaintiff and Class members have been injured and sustained damages.

**COUNT V**
**VIOLATIONS OF SOUTH CAROLINA**
**UNFAIR TRADE PRACTICES ACT**
**S.C. Code Ann. §§ 39-5-10, *et seq.***
**(on behalf of the South Carolina Sub-Class)**

101.    Plaintiff hereby incorporates by reference all preceding paragraphs as though fully set forth herein.

102.    Defendant represented to Plaintiff Randall Harrison and the South Carolina Sub-Class members that the Refrigerators were reliable, merchantable, and in good repair.

103.    Defendant is a "person," as defined by S.C. Code Ann. § 39-5-10(a).

104.    South Carolina's Unfair Trade Practices Act prohibits "unfair or deceptive acts or practices in the conduct of any trade or commerce."  S.C. Code Ann. § 39-5-20.

105.    Defendant advertised, offered, or sold goods or services in South Carolina and engaged in trade or commerce directly or indirectly affecting the people of South Carolina, as defined by S.C. Code Ann. § 39-5-10(b).

106.    Defendant's acts and practices had, and continue to have, the tendency or capacity to deceive.

107.    Defendant's representations and omissions were material because they were likely to deceive reasonable consumers.

108.   Defendant's business acts and practices offend an established public policy, or are immoral, unethical, or oppressive.

109.   Defendant's unfair and deceptive acts or practices adversely affect the public interest because such acts or practices have the potential for repetition.

110.   Defendant's violations present a continuing risk to Plaintiff and the South Carolina Sub-Class members as well as to the general public.

111.   As a direct and proximate result of Defendant's deceptive acts and practices, Plaintiff and the South Carolina Sub-Class members have suffered and will continue to suffer injury, ascertainable losses of money or property, and monetary and non-monetary damages, including from not receiving the benefit of their bargain in purchasing the Refrigerators.

112.   Plaintiff and Sub-Class members seek all monetary and non-monetary relief allowed by law, including damages for their economic losses, treble damages, punitive damages, injunctive relief, and reasonable attorneys' fees and costs.

## **PRAYER FOR RELIEF**

WHEREFORE, Plaintiff prays for a judgment as follows:

      a.      An order certifying this action as a class action;

      b.      An order appointing Plaintiff as Class Representative, and appointing undersigned counsel as Class Counsel to represent the Class;

      c.      A declaration that Defendant is liable under each and every one of the above-enumerated causes of action;

      d.      An order awarding compensatory damages, restitution, or refund of all funds acquired by Defendant from Plaintiff and Class members as a result of Defendant's unlawful conduct as described above, including actual, statutory, and punitive damages to the extent permitted by law in an amount to be proven at trial;

      e.      An order awarding appropriate preliminary and final injunctive relief against the conduct of Defendant as described above;

      f.      An award of attorneys' fees, expert witness fees, and costs, as provided by applicable law or as would be reasonable from any recovery of monies recovered for or benefits bestowed on the Class Members;

      g.      Interest as provided by law, including but not limited to pre-judgment and post-judgment interest as provided by rule or statute; and

      h.      Such other and further relief as this Court may deem just, equitable, or proper.

## **JURY DEMAND**

Plaintiff demands trial by jury.

Dated: October 27, 2023

*/s/ P. Bradford deLeeuw*
P. Bradford deLeeuw (#3569)
**DELEEUW LAW LLC**
1301 Walnut Green Road
Wilmington, DE 19807
(302) 274-2180\
(302) 351-6905 (fax)
brad@deleeuwlaw.com

Daniel C. Levin *
Nicholas J. Elia *
**LEVIN SEDRAN & BERMAN**
510 Walnut Street, Suite 500
Philadelphia, PA 19106
Tel: (215) 592-1500
dlevin@lfsblaw.com
dmagagna@lfsblaw.com
nelia@lfsblaw.com

D. Aaron Rihn *
Sara Watkins *
**ROBERT PEIRCE & ASSOCIATES**
707 Grant Street, Suite 125
Pittsburgh, PA 15219
Tel: (844) 383-0565
arihn@peircelaw.com
swatkins@peircelaw.com

Nicholas A. Migliaccio *
Jason S. Rathod *
**MIGLIACCIO & RATHOD LLP**
412 H Street N.E., Suite 302
Washington, D.C. 20002
Tel: (202) 470-3520
nmigliaccio@classlawdc.com
jrathod@classlawdc.com

* *pro hac vice* admission to be sought

1